# Exhibit 1

# OPTUM MEMBERS OCEANSIDE

## EAST WING

1. Q▇▇▇ A▇▇▇▇▇▇ 102-1
2. K▇▇▇ S▇▇▇▇ 102-2
3. F▇▇▇▇▇ W▇▇▇▇▇ 104-2
4. K▇▇▇ H▇▇▇▇▇ 105-1
5. J▇▇▇▇ H▇▇▇▇▇▇ 106-1  * lite rest *
6. J▇▇▇▇ A▇▇▇▇ 114-2  needs more than two days awal t with Theory billings
7. B▇▇▇▇▇ H▇▇ 115-1
8. S▇▇▇▇ K▇▇▇ 115-2

## WEST WING

1. H▇▇▇ E▇▇▇▇▇▇▇▇ 205-2
2. C▇▇▇▇▇▇ G▇▇▇▇ 207-1
3. W▇▇▇▇▇ C▇▇▇▇ W▇▇▇▇▇ 208-1
4. D▇▇▇▇ F▇▇▇▇▇ 208-2
5. C▇▇▇▇▇ W▇▇▇▇▇ 209-2
6. D▇▇▇ F▇▇▇▇▇ 214-2
7. F▇▇▇▇▇▇▇ T▇▇▇▇▇ 220-1
8. J▇▇ B▇▇▇▇▇ 221-1  * Call him

## SAVANNAH BEACH

1. M█████ V█████ 10-1 ⚹
2. J█████ G█████ 23-1  △  face disenroll

✱  J█████ W█████