# Exhibit 2

# ADMISSION RECORD
## Oceanside Nursing & Rehab

Apr 26, 2018 11:53:56 ET

### RESIDENT INFORMATION

| Resident Name | Preferred Name | Unit | Room / Bed | Admission Date | Init. Adm. Date | Orig.Adm.Date | Resident # |
|---|---|---|---|---|---|---|---|
| Ms. B█ F█ | | West Wing | 220-2 | 05/05/2017 | 05/05/2017 | 05/05/2017 | 1700077 |

| Previous address | Previous Phone # | Legal Mailing address |
|---|---|---|
| Savannah, 31415 | | Same as Previous Address |

| Sex | Birthdate | Age | Marital Status | Religion | Race | Occupation(s) | Primary Lang. |
|---|---|---|---|---|---|---|---|
| F | █1951 | 66 | Married | | Black or African American | Disabled | English |

| Admitted From | Admission Location | Birth Place | Citizenship | Maiden Name |
|---|---|---|---|---|
| Private home/apt. with home health services | Home | Chatham County | U.S. | |

| Medicare (HIC) # | Medicare Beneficiary ID | Medicare B Only | Medicaid # |
|---|---|---|---|
| █579A | | | █0129 |

| Insurance Name: | Insurance Policy #: | Insurance: | Medical Record # |
|---|---|---|---|
| UnitedHealthcare | █8873 | | |

| Policy #: | Social Security # | Part D Policy # | Level 1 |
|---|---|---|---|
| | █7579 | | █0435 |

| AR Medicaid | Ga Medicaid # | GA Medicaid # | OH Medicaid # |
|---|---|---|---|
| | | | |

| UHC Medicaid # | Caresource Medicaid # | | |
|---|---|---|---|
| | | | |

### PAYER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Primary Payer | Medicaid-GA | Medicaid # | █0129 | Group # | Ins. Company Medicaid - Georgia |
| Second Payer | Patient Liability | SSN # | █7579 | | |
| Third Payer | Managed Care Part B | Policy # | | | |
| Fourth Payer | Managed Care Coinsurance from Medicaid | Medicaid # | █0129 | | |

### OTHER INFORMATION

| Most Recent Hospital Stay | Allergies |
|---|---|
| | To Be Determined |

| Admission Type | Arbitration Agreement Signed | Medicaid Recertification Date | Medicare Coverage |
|---|---|---|---|
| | 05/05/2017 | | |

| Part D Carrier | Qualifying Hosp Stay | Veteran? | |
|---|---|---|---|
| | | Unknown | |

### CARE PROVIDERS

| Provider | Phone | Address | UPIN | NPI |
|---|---|---|---|---|
| Attending Physician (Primary) Williams,JR, Kenneth | | 910 Hammocks View Savannah, GA 31410 | | 1245471879 |

### PHARMACY

| Pharmacy | Phone/Fax | Address |
|---|---|---|
| Pharmerica (Primary) Primary Contact: Madeline Heine | Phone: (478) 765-1725 Fax: (800) 727-5037 | 3378 Brookdale Avenue Suite H Macon, GA, 31204 |

### EXTERNAL FACILITIES (No Data Found)

| Facility Name | Phone | Facility Type |
|---|---|---|

### CONTACTS

| Name | Contact Type | Relationship | Address | Phone/Email |
|---|---|---|---|---|
| B█ F█ | Responsible Party Emergency Contact # 1 | | █ | █ |
| P█ J█ | | | | |

### DIAGNOSIS INFORMATION

| Code | Description | Onset Date | Rank | Classification |
|---|---|---|---|---|
| I63.9 | CEREBRAL INFARCTION, UNSPECIFIED | 05/05/2017 | Primary | Admitting Dx |
| E11.9 | TYPE 2 DIABETES MELLITUS WITHOUT COMPLICATIONS | 05/05/2017 | 2 | Admission |
| I10 | ESSENTIAL (PRIMARY) HYPERTENSION | 05/05/2017 | 3 | Admission |
| I69.951 | HEMIPLEGIA AND HEMIPARESIS FOLLOWING UNSPECIFIED CEREBROVASCULAR DISEASE AFFECTING RIGHT DOMINANT SIDE | 05/05/2017 | 4 | Admission |
| M62.81 | MUSCLE WEAKNESS (GENERALIZED) | 05/05/2017 | 5 | Admission |
| Z47.81 | ENCOUNTER FOR ORTHOPEDIC AFTERCARE FOLLOWING SURGICAL AMPUTATION | 05/05/2017 | 6 | Admission |
| R26.81 | UNSTEADINESS ON FEET | 05/05/2017 | 7 | Admission |

Relator-UHD 0405

Ms. █████ █████ 1700077) -- Continued on Page 2

| | DIAGNOSIS INFORMATION | | | | |
|---|---|---|---|---|---|
| I69.920 | APHASIA FOLLOWING UNSPECIFIED CEREBROVASCULAR DISEASE | 05/05/2017 | 8 | | Admission |
| I27.0 | PRIMARY PULMONARY HYPERTENSION | 05/05/2017 | 9 | | Admission |
| E03.9 | HYPOTHYROIDISM, UNSPECIFIED | 05/05/2017 | 10+ | | Admission |
| E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | 05/05/2017 | 10+ | | Admission |
| E87.6 | HYPOKALEMIA | 05/05/2017 | 10+ | | Admission |
| G40.89 | OTHER SEIZURES | 05/05/2017 | 10+ | | Admission |
| I69.820 | APHASIA FOLLOWING OTHER CEREBROVASCULAR DISEASE | 05/05/2017 | 10+ | | Admission |
| I71.4 | ABDOMINAL AORTIC ANEURYSM, WITHOUT RUPTURE | 05/05/2017 | 10+ | | Admission |
| M1A.30X0 | CHRONIC GOUT DUE TO RENAL IMPAIRMENT, UNSPECIFIED SITE, WITHOUT TOPHUS (TOPHI) | 05/05/2017 | 10+ | | Admission |
| N18.9 | CHRONIC KIDNEY DISEASE, UNSPECIFIED | 05/05/2017 | 10+ | | Admission |
| R27.9 | UNSPECIFIED LACK OF COORDINATION | 05/05/2017 | 10+ | | Admission |
| R29.6 | REPEATED FALLS | 05/05/2017 | 10+ | | Admission |
| S88.911S | COMPLETE TRAUMATIC AMPUTATION OF RIGHT LOWER LEG, LEVEL UNSPECIFIED, SEQUELA | 05/05/2017 | 10+ | | Admission |

## ADVANCE DIRECTIVE

## MISCELLANEOUS INFORMATION

| Date of Discharge | Time | Length of Stay | | Discharged to (Mortician Name and Licence No.) | |
|---|---|---|---|---|---|
| | | 356 | | | |

| Signature | | Date | Time |
|---|---|---|---|
| | | | |

| Personal Effects Sent With | | Relationship | Date | Time |
|---|---|---|---|---|
| | | | | |

Relator-UHD 0406

# ADMISSION RECORD
## Oceanside Nursing & Rehab

Apr 26, 2018 15:05:11 ET

### RESIDENT INFORMATION

| Resident Name | Preferred Name | Unit | Room / Bed | Admission Date | Init. Adm. Date | Orig.Adm.Date | Resident # |
|---|---|---|---|---|---|---|---|
| Mr. B█████ C███████ | | East Wing | 111-1 | 03/20/2018 | 03/20/2018 | 03/20/2018 | 1700254 |

| Previous address | Previous Phone # | Legal Mailing address |
|---|---|---|
| ████ Savannah, GA, 31401 | ████████ | Same as Previous Address |

| Sex | Birthdate | Age | Marital Status | Religion | Race | Occupation(s) | Primary Lang. |
|---|---|---|---|---|---|---|---|
| M | ██ 1937 | 81 | - UTD | Baptist | Black or African American | Disabled | English |

| Admitted From | Admission Location | Birth Place | Citizenship | Maiden Name |
|---|---|---|---|---|
| Acute care hospital | Memorial University Medical Center | Chatham County | U.S. | |

| Medicare (HIC) # | Medicare Beneficiary ID | Medicare B Only | Medicaid # |
|---|---|---|---|
| █████502A | | | |

| Insurance Name: | Insurance Policy #: | Insurance: | Medical Record # |
|---|---|---|---|
| | | | |

| Policy #: | Social Security # | Part D Policy # | Level 1 |
|---|---|---|---|
| | █████1502 | | █████0309 |

| AR Medicaid | Ga Medicaid # | GA Medicaid # | OH Medicaid # |
|---|---|---|---|
| | | + | |

| UHC Medicaid # | Caresource Medicaid # |
|---|---|
| | |

### PAYER INFORMATION

| Primary Payer | Medicare # |
|---|---|
| Medicare A | █████502A |

### OTHER INFORMATION

| Most Recent Hospital Stay | | Allergies |
|---|---|---|
| 03/15/2018 | 03/20/2018 | No Known Allergies |

| Admission Type | Arbitration Agreement Signed | Medicaid Recertification Date | Medicare Coverage |
|---|---|---|---|
| Long Term | 03/20/2018 | | Part A & B |

| Part D Carrier | Qualifying Hosp Stay | Veteran? |
|---|---|---|
| | | Unknown |

### CARE PROVIDERS

| Provider | Phone | Address | UPIN | NPI |
|---|---|---|---|---|
| Attending Physician (Primary) Williams,JR, Kenneth | ████████ | 910 Hammocks View Savannah, GA 31410 | | 1245471879 |

### PHARMACY

| Pharmacy | Phone/Fax | Address |
|---|---|---|
| Pharmerica (Primary) Primary Contact: Madeline Heine | Phone: (478) 765-1725 Fax: (800) 727-5037 | 3378 Brookdale Avenue Suite H Macon, GA, 31204 |

### EXTERNAL FACILITIES

| Facility Name | Phone | Facility Type |
|---|---|---|
| Bynes & Royal | Phone: | Funeral Home |

### CONTACTS (No Data Found)

| Name | Contact Type | Relationship | Address | Phone/Email |
|---|---|---|---|---|
| | | | | |

### DIAGNOSIS INFORMATION

| Code | Description | Onset Date | Rank | Classification |
|---|---|---|---|---|
| I16.0 | HYPERTENSIVE URGENCY | 03/20/2018 | Primary | Admitting Dx |
| I10 | ESSENTIAL (PRIMARY) HYPERTENSION | 03/20/2018 | 2 | Admission |
| R06.02 | SHORTNESS OF BREATH | 03/20/2018 | 3 | Admission |
| A41.9 | SEPSIS, UNSPECIFIED ORGANISM | 03/20/2018 | 4 | Admission |
| J44.1 | CHRONIC OBSTRUCTIVE PULMONARY DISEASE WITH (ACUTE) EXACERBATION | 03/20/2018 | 5 | Admission |
| J45.909 | UNSPECIFIED ASTHMA, UNCOMPLICATED | 03/20/2018 | 6 | Admission |
| C34.92 | MALIGNANT NEOPLASM OF UNSPECIFIED PART OF LEFT BRONCHUS OR LUNG | 03/20/2018 | 10+ | Admission |
| D64.9 | ANEMIA, UNSPECIFIED | 03/20/2018 | 10+ | Admission |
| E11.9 | TYPE 2 DIABETES MELLITUS WITHOUT COMPLICATIONS | 03/20/2018 | 10+ | Admission |
| I25.10 | ATHEROSCLEROTIC HEART DISEASE OF NATIVE CORONARY ARTERY WITHOUT ANGINA PECTORIS | 03/20/2018 | 10+ | Admission |
| I50.43 | ACUTE ON CHRONIC COMBINED SYSTOLIC (CONGESTIVE) AND DIASTOLIC (CONGESTIVE) HEART FAILURE | 03/20/2018 | 10+ | Admission |
| J96.21 | ACUTE AND CHRONIC RESPIRATORY FAILURE WITH HYPOXIA | 03/20/2018 | 10+ | Admission |
| N40.0 | BENIGN PROSTATIC HYPERPLASIA WITHOUT LOWER URINARY TRACT | 03/20/2018 | 10+ | Admission |

Relator-UHD 0407

Mr. E████ C████ (1700254) -- Continued on Page 2

| DIAGNOSIS INFORMATION | | | | |
|---|---|---|---|---|
| N40.0 | SYMPTOMS | 03/20/2018 | 10+ | Admission |
| Z87.891 | PERSONAL HISTORY OF NICOTINE DEPENDENCE | 03/20/2018 | 10+ | Admission |

**ADVANCE DIRECTIVE**

**MISCELLANEOUS INFORMATION**

| Date of Discharge | Time | Length of Stay | Discharged to (Mortician Name and Licence No.) | |
|---|---|---|---|---|
| | | 37 | | |

| Signature | Date | Time |
|---|---|---|
| | | |

| Personal Effects Sent With | Relationship | Date | Time |
|---|---|---|---|
| | | | |

Relator-UHD 0408