# Exhibit 3

*[handwritten at top: "b----" "tomorrow apt"]*

| Facility | Room Number | Date / Time Admitted |
|---|---|---|
| Green Acres Health and Rehabil | GA M107A | 04/28/2017   11:00 AM |

| Resident Last Name | First Name | MI | Resident Number | Sex | Marital |
|---|---|---|---|---|---|
| 1[redacted] | B[redacted] | | 40103 | Female | Single |

| Resident Address | | | | Telephone |
|---|---|---|---|---|
| [redacted] | | | | |

| City | State | Zip Code | Primary Language | Citizen |
|---|---|---|---|---|
| Milledgeville | GA | 31061 | English | UNITED STATES |

| SSN | Date of Birth | Age | Religion | Race |
|---|---|---|---|---|
| [redacted]3205 | [redacted]1942 | 75 | | Caucasian |

| Medicare Number | Medicaid Number | Health Insurance Company |
|---|---|---|
| [redacted]205A | [redacted]5814 | |

| Admitted From | Dates of Qualifying Stay | Health Insurance Policy No: |
|---|---|---|
| Home | | |

| Contact 1 | Telephone | Address |
|---|---|---|
| R[redacted] T[redacted] | H- / W- / Cell [redacted] | [redacted] Milledgeville, GA 31061 Email |

| Contact 2 | Telephone | |
|---|---|---|
| R[redacted] T[redacted] | H- / W- / Cell [redacted] | |

| Contact 3 | Telephone | |
|---|---|---|
| 1[redacted] E[redacted] | H- [redacted] / W- / Cell | [redacted] |

| Person Responsible for the Account | Telephone | Address |
|---|---|---|
| T[redacted] R[redacted] | H- / W- / Cell [redacted] | [redacted] Milledgeville, GA 31061 Email |

| Attending Physician | Telephone | Address |
|---|---|---|
| William Taylor | Fax | |

| Pharmacy | Telephone | Address |
|---|---|---|
| Eldercare Pharmacy | | |

**Diagnoses**

*[handwritten: "Errored"]*

**Insurance Plans**
- Medicare B
- Mcd X-over B
- Medicaid R&B
- MCD/Private Leave
- Private Pay

*[handwritten: "Call tomorrow"]*

**Other Information:**
Ins Name: AARP

| Discharge Date | Discharge To | Released To |
|---|---|---|
| | | |

| Final Diagnosis | |
|---|---|

| Funeral Home | Telephone |
|---|---|
| Moore's Funeral Home 301 S Wayne Street Milledgeville, GA 31061 | (478) 523-3024 |

Mortician Receipt

Print Date: 12/7/2017

recadmit5-35923.rpt

Relator-UHD 0491