# Exhibit 4



Medicaid

A-25 ⑮ W███ B███ John ███ 24C1 ███ 3596
      ███ N███ RF ███
A-27B ⑯ B███ C███ Lori ███ 871A ███ 3720
      K███ C███ ███
A-28B ⑰ J███ A███ Lori ███ 983p ███ 1030
      Self to RP/Friend John N███ F ███
B-1A ⑱ A███ H███ ███ 569A ███ 2848
Terri  M███ J███ RP/ ███
United ⑲ D███ J███ ███
10m⁹ ⑳ S███ J███ ███ 046A ███ 0793
      Dr.T███ J███ RP/ ███
㉑ M███ C███ ███ 826A ███ 0273
   A███ C███ John RF ███
㉒ P███ H███ ███ 837D ███ 8289
   J███ H███ John RP/ ███

Enroller

Page 1

June 23, 2017

① A▓▓ C▓▓   DOB: ▓▓/38   Toni
  Medicare: ▓▓▓▓▓ 88TA
  Medicaid: ▓▓▓▓▓ 0829
  RP: A▓▓ "T" L▓▓

② D▓▓ C▓▓   DOB: ▓▓/51   ✓ Lisa
  Medicare: ▓▓▓▓▓ 569A
  Medicaid: ▓▓▓▓▓ 2482
  RP: G▓▓ L▓▓

③ M▓▓ L▓▓   DOB: ▓▓/39   ✓ John
  Medicare: ▓▓▓▓▓ 069D
  Medicaid: ▓▓▓▓▓ 3885
  RP: L▓▓ C▓▓

④ A▓▓ L▓▓   DOB: ▓▓/47   Lori
  Medicare: ▓▓▓▓▓ 711A
  Medicaid: ▓▓▓▓▓ 6857 ✓
  RP: L▓▓ Q▓▓

⑤ L▓▓ F▓▓   DOB: ▓▓/1921   ~~John~~ Toni
  Medicare: ▓▓▓▓▓ 024D
  Medicaid: ▓▓▓▓▓ 7929 ✓
  RP: F▓▓ E▓▓

Page 2

(6) K▮▮ L▮▮     DOB: ▮▮/▮▮/29
    Medicare: ▮▮▮▮▮▮ 959D
    Medicaid: ▮▮▮▮▮▮ 6675          — John✓
    RP: K▮▮ G▮▮

(7) ▮▮▮ L▮▮     DOB: ▮▮/▮▮/24    Enroute
    Medicare: ▮▮▮▮ 320A
    Medicaid: ▮▮▮▮ 4259
    RP: ▮▮ ▮▮

(8) ▮▮ G▮▮     ▮▮/▮▮/33 DOB
    Medicare: ▮▮▮▮ 026D         ✓ Lisa
    Medicaid: ▮▮▮▮ 3347
    RP: ▮▮ ▮▮

~~▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮~~

(9) L▮▮ L▮▮     DOB ▮▮/▮▮/1941    Lisa working
    Medicare: ▮▮▮▮ 708A                on this
    Medicaid: ▮▮▮▮ 6589
    RP: ▮▮ ▮▮

(10) A▮▮ H▮▮    DOB: ▮▮/▮▮/39  Toni
     Medicare: ▮▮▮▮ 549A
     Medicaid: ▮▮▮▮ 7848        ✓
     RP: M▮▮ G▮▮

Relator-UHD 0555

Page 3

June 23, 2017

⑪ B▆▆ H▆▆ DOB: ▆/29
Medicare: ▆▆▆749A
Medicaid: ▆▆▆0595  Lisa
RP: F▆▆ ▆▆▆▆

⑫ E▆ M. H▆▆ DOB: ▆/21
Medicare: ▆▆▆542M*
Medicaid: ▆▆▆2361  not qualify
RP: J▆ F▆▆

⑬ M▆ H▆▆ DOB: ▆/40
Medicare: ▆▆▆644A
Medicaid: ▆▆▆0618  Toni
RP: M▆ H▆

⑭ F▆▆ H▆▆ DOB: ▆/27
Medicare: ▆▆▆988A
Medicaid: ▆▆▆1626  Toni
RP: J▆ B▆

⑮ G▆▆ K▆▆ DOB: ▆/36
Medicare: ▆▆▆11D6  John
Medicaid: ▆▆▆3941
RP: B▆ R▆

Relator-UHD 0556

Page 4

June 23, 2017

(16) ░░ G░░░░   DOB: ░░/33
Medicare: ░░░░ 046A      Lori
Medicaid: ░░░░ 0293
RP: T░░ G░░░░

(17) G░░░░ C░░░░   DOB: ░░/28
Medicare: ░░░░ 006A
Medicaid: ░░░░ 7062   ✓ Lori
RP: G░░ G░░░░

(18) T░░ G░░░░   DOB: ░░/24
Medicare: ░░░░ 544M       bori [?]
Medicaid: ░░░░ 10░░
RP: G░░ S░░░░

(19) L░░ G░░░░   DOB: ░░/34
Medicare: ░░░░ 051A      Joni
Medicaid: ░░░░ 8095   ✓
RP: B░░ L░░░░

(20) R░░ L░░░░   DOB: ░░/6
Medicare: ░░░░ 567A
Medicaid: ░░░░ 4235
RP: A░░ L░░░░

Page 5

June 23, 2015

21) M___ L___         DOB: __/__/27
   Medicare: _____ 620D    John
   Medicaid: _____ 7288
   RP: M__ B_____

22) M___ M___         DOB: __/__/44
    Medicare: _____ 878A    ✓ Lisa
    Medicaid: _____ 2444
    RP/ I___ M___

23) F___ M___         DOB: __/__/1942
    Medicare: _____ 114A    John
    Medicaid: _____ 1936
    RP: S___ 4___

24) C___ M___         DOB: __/__/20
    Medicare: _____ 520A
    Medicaid: _____ 1639    ✓ Toni
    RP: S__ C__

25) C___ M___         DOB __/__/45
    Medicare: _____ 383A    ✓ Toni
    Medicaid: _____ 3958
    RP: M__ C__



**Yes, I would like to know more about the UnitedHealthcare Nursing Home Plan.**

I understand there is no obligation to join any plan.

Name and signature: R̲̅ ▊▊▊▊▊

Facility: The Place at Martinez

Regarding services for (please circle one):

Yourself    A family member    Client    Other

**How should we contact you?**

Phone number: ▊▊▊▊▊▊▊▊▊▊

Email: _____

Address: _____

UnitedHealthcare®

By returning this card, you agree that an authorized representative or licensed insurance agent from UnitedHealthcare may contact you by phone or e-mail to answer your questions or provide additional information about Medicare Advantage plans.

Plans are insured through UnitedHealthcare Insurance Company or one of its affiliated companies, a Medicare Advantage organization with a Medicare contract. Enrollment in the plan depends on the plan's contract renewal with Medicare. This plan is available to anyone living in a contracted nursing home.

UnitedHealthcare Insurance Company complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-877-765-4440 (TTY: 711). 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-877-765-4440 (TTY: 711)。
Y0066_160927_131000 Accepted
© 2017 UnitedHealthcare Services, Inc.
57599A-102016

Relator-UHD 0565



## I want to know more about the UnitedHealthcare® Nursing Home Plan

Simply fill out the information on the back of this card and place it in the specified return location. We will get in touch to let you or your loved one know more about why the UnitedHealthcare Nursing Home Plan might be a good fit.

 For immediate information, call:
**1-877-765-4440** TTY **711**
8 a.m. to 8 p.m. local time,
7 days a week

 You can also request more information at
**www.UHCNursingHomePlan.com**
**www.UHCMedicareSolutions.com**



Relator-UHD 0566

- I will get an Evidence of Coverage (EOC). (The EOC is also known as a member contract or subscriber agreement.) The EOC will list services the plan covers, as well as the plan's terms and conditions. The plan will cover services it approves, as well as services listed in the EOC. If a service isn't listed in the EOC or approved by the plan, Medicare and the plan won't pay for it. If I disagree with how the plan covers my care, I have the right to make an appeal.
- I understand that beginning on the date the plan coverage begins, using services in-network can cost less than using services out-of-network, except for emergency or urgently needed services or out-of-area dialysis services. If medically necessary, the plan provides refunds for all covered benefits, even if I get services out of network.
- If I currently have Medicare Supplement Insurance (Medigap), I will cancel it in writing. I, not my agent, must cancel. I will cancel after my new plan tells me I've been accepted into the plan.
- My plan will give my information to Medicare and other plans when needed for treatment, payment and health care operations. This may include my prescription drug information. Medicare uses the information to understand how my care was handled or billed. Other plans may need my information when they help pay for my care. Medicare may also give my information for research and other purposes. All federal laws and rules protecting my privacy will be followed.
- If I get help from a sales agent, broker or someone who has a contract with the plan, the plan may pay that person for this help.
- The information on this form is correct, to the best of my knowledge. I understand that if I put information on this form that I know is not true, I will lose the plan.

**When I sign below, it means that I have read and understand the information on this form.**

If I sign as an authorized representative, it means that I have the legal right under state law to sign. I can show written proof of this right if Medicare asks for it.

**Signature of Applicant/Member/Authorized Representative**

7/31/17

Today's Date

**If you are the authorized representative, please sign above and complete the information below.**

| Last Name | First Name |
|---|---|
|  |  |

Address

| City | State | ZIP Code |
|---|---|---|
|  |  |  |

| Phone Number | Relationship to Applicant |
|---|---|
|  |  |

Enrollee Name _____

Y0066_160609_110539 Approved                                    UHGA17PO3876144_000

Relator-UHD 0567

# Authorization for Disclosure of Contact Information

Completion of this document authorizes the disclosure and/or use of individually identifiable health information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

By signing this Authorization for Disclosure of Health Information, I authorize the nursing home identified below to disclose my name, address, and telephone number, email address, or the contact information for my personal representatives/responsible parties to a health care plan so that health care plan(s) contracted with the nursing home identified below may contact me about their products and services.

_The Place at Martinez_ | _(706) 863-6030_
Nursing Home Name | Nursing Home Telephone No.

_409 Pleasant Home Rd_ | _Augusta_ | _GA_ | _30907_
Nursing Home Address | City | State | Zip Code

I understand the following:

- **My permission to disclose my contact information or my personal representative's contact information will expire one year from the date indicated below unless the nursing home identified above receives earlier written notification from me ending my permission to give my information to other parties. However, this will not effect any actions that have already occurred due to my original permission.**
- **I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to the nursing home identified above. My revocation will be effective upon receipt, but will not be effective to the extent that others have acted in reliance upon this authorization.**
- **My personal health information will be used only for the purposes outlined above.**
- **This authorization is voluntary. I may refuse to sign this form. I understand that my provider(s) may <u>not</u> condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.**
- **If my information is re-disclosed to a third-party who is not a health care provider or health care plan, or health care clearinghouse, it may not be protected by federal privacy laws.**
- **No other personal health information will be released to any third-party pursuant to this authorization.**

_A__ _H_____ | _____1606_
Print Name of Resident | Medicare ID Number

_B__ G_____
Print Name of Authorized Representative

_[signature]_ | _7/21/17_
Signature of Resident/Member/Authorized Representative | Date

_____
Email Address

**If you are the authorized representative of the resident, you must provide the following information:**

[redacted] | [redacted] | [redacted]
Relationship to Resident | Address | Telephone No.

_Evans, GA 30809_

MIPPA/PTC September 2015

Relator-UHD 0568

# Authorization for Disclosure of Health Information

The Health Insurance Portability and Accountability Act (HIPAA) requires your providers to get your permission before disclosing your personal health information for certain reasons. Completion of this document authorizes the disclosure and/or use of individually identifiable health information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

This Authorization for Disclosure of Health Information allows the medical provider identified below to disclose my personal health information for the purpose of preparing my health risk assessment and personalized care plan prior to the effective date of my enrollment in the UnitedHealthcare Nursing Home Plan.

I hereby authorize the disclosure of my health information by:

_The Place at Martinez_    (706) 863-6030
Name of Provider          Provider Telephone No.

_409 Pleasant Home Rd    Augusta,    GA    30907_
Provider Address          City        State  Zip Code

to UnitedHealthcare and its affiliates for the purpose of beginning my health assessment and preparing my personalized care plan as part of my enrollment.

This authorization applies to all the health information maintained by the provider about my medical history or care from _____ [insert date you first received care from your provider] to the present relating to any specific treatment or services received.

I understand the following:

- **This authorization expires if I fail to enroll in the plan or upon termination of my enrollment in the plan.**
- **I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to UnitedHealthcare. My revocation will be effective upon receipt, but will not be effective to the extent that UnitedHealthcare or others have acted in reliance upon this authorization.**
- **My personal health information will be used only for the purposes outlined above.**
- **This authorization is voluntary. I may refuse to sign this form. I understand that neither UnitedHealthcare nor my provider may condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.**
- **Information disclosed according to this authorization could be re-disclosed by the recipient and might no longer be protected by federal confidentiality law.**

_[signature]_ ▓▓▓▓ ▓▓▓▓    ▓▓▓▓ _LD6_
Print Name of Applicant/Member/Authorized Representative    Medicare ID Number

_A▓ H▓_    _7/31/17_
Signature of Applicant/Member/Authorized Representative    Date

If you are the authorized representative of the applicant, you must provide the following information:

▓▓▓▓    ▓▓▓▓    ▓▓▓▓
Relationship to Applicant    Address    Telephone No.
           _Evans, GA 30809_

Relator-UHD 0569

# Authorization for Disclosure of Healthcare Information

Completion of this document authorizes the disclosure and use of individually identifiable healthcare information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

By signing this Authorization for Disclosure of Healthcare Information, I authorize the nursing home identified below to disclose my Medicare number (HICN), Medicaid number (if applicable), date of admission to the nursing home identified below, and current insurance plan to a representative from UnitedHealthcare to help facilitate my enrollment into the UnitedHealthcare Nursing Home Plan.

_The Place at Martinez_  _(706) 414-9323_
Nursing Home Name / Nursing Home Telephone No.

_(409) Pleasant Home Rd_ _Augusta_ _Ga_ _30907_
Nursing Home Address / City / State / Zip Code

I understand the following:

- **My permission to disclose my healthcare information will expire seven (7) days from the date indicated below unless the nursing home identified above receives earlier written notification from me ending my permission to give my information to UnitedHealthcare. However, this will not affect any actions that have already occurred due to my original permission.**
- **I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to the nursing home identified above. My revocation will be effective upon receipt, but will not be effective to the extent that others have acted in reliance upon this authorization.**
- **My personal healthcare information will be used only for the purpose of enrolling me into the UnitedHealthcare Nursing Home Plan as outlined above.**
- **This authorization is voluntary. I may refuse to sign this form. I understand that my provider(s) may <u>not</u> condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.**
- **If my information is re-disclosed to a third-party who is not a health care provider or health care plan, or health care clearinghouse, it may not be protected by federal privacy laws.**
- **No other personal health information will be released to any third-party pursuant to this authorization.**

[signatures redacted] _16D6_
Print Name of Applicant/Member/Authorized Representative / Medicare ID Number

_7/31/17_
Signature of Applicant/Member/Authorized Representative / Date

Email Address of Applicant/Member/Authorized Representative

**If you are the authorized representative of the applicant, you must provide the following information:**

Relationship to Applicant / Address / Telephone No.

_Evans, GA 30809_

Enrollment 1/14

Relator-UHD 0570

## Scope of Sales Appointment Confirmation Form    Page 1 of 2

The Centers for Medicare and Medicaid Services requires Licensed Sales Representatives to document the scope of a marketing appointment prior to any face-to-face sales meeting to ensure understanding of what will be discussed between the Licensed Sales Representative and the Medicare beneficiary (or their authorized representative). All information provided on this form is confidential and should be completed by each person with Medicare or his/her authorized representative.

**Please initial below beside the type of product(s) you want the Licensed Sales Representative to discuss.**
(Refer to page 2 for product type descriptions)

☐ Stand-alone Medicare Prescription Drug Plans (Part D)      ☐ Hospital Indemnity Products
☐ Medicare Advantage Plans (Part C) and Cost Plans           ☐ Medicare Supplement
☐ Dental/Vision/Hearing Products                              (Medigap) Products

**By signing this form, you agree to a meeting with a Licensed Sales Representative to discuss the types of products you initialed above.** Please note, the person who will discuss the products is either employed or contracted by a Medicare plan. They <u>do not</u> work directly for the Federal government. This individual may also be paid based on your enrollment in a plan.

Signing this form does NOT obligate you to enroll in a plan, affect your current enrollment, or enroll you in a Medicare plan.

| Beneficiary or Authorized Representative Signature and Signature Date: ||
|---|---|
| Signature: [redacted] | Signature Date: 7/31/17 |

If you are the authorized representative, please sign above and print clearly and legibly below:

| Name (First_Last) | Relationship to Beneficiary |
|---|---|
| B[redacted] | [redacted] |

**To be completed by Licensed Sales Representative** (please print clearly and legibly)

| Licensed Sales Representative Name (First_Last) | Licensed Sales Representative Phone | Licensed Sales Representative ID |
|---|---|---|
|  |  |  |
| Beneficiary Name (First_Last) | Beneficiary Phone (Optional) | Date Appointment will be Completed |
|  |  |  |
| Beneficiary Address (Optional) |||
|  |||
| Initial Method of Contact | Plan(s) the Licensed Sales Representative will represent during the meeting ||
|  |  ||
| Licensed Sales Representative Signature |||

Scope of appointment (SOA) is subject to CMS Record Retention Requirements

Licensed Sales Representative, if the form was not signed by the beneficiary prior to the appointment, provide explanation why SOA was not documented prior to meeting: **Please check all that apply**

☐ Unplanned Attendee    ☐ New SOA required (consumer requested other Health Product information)
☐ Walk-in    ☐ Other (please explain): _____

Y0066_140611_154714 Approved

Relator-UHD 0571