# Exhibit 5

**Yes, I would like to know more about the UnitedHealthcare Nursing Home Plan.**

I understand there is no obligation to join any plan.

Name and signature: ▓▓▓▓ R.▓ ▓▓▓▓▓▓▓▓

Facility: Jonesboro ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Regarding services for (please circle one):

Yourself    A family member    Client    Other

**How should we contact you?**

Phone number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Email: _____

Address: _____

▓▓▓▓ R.▓ ▓▓▓▓▓▓▓▓    02/01/2018

**UnitedHealthcare®**

By returning this card, you agree that an authorized representative or licensed insurance agent from UnitedHealthcare may contact you by phone or e-mail to answer your questions or provide additional information about Medicare Advantage plans.

Plans are insured through UnitedHealthcare Insurance Company or one of its affiliated companies, a Medicare Advantage organization with a Medicare contract. Enrollment in the plan depends on the plan's contract renewal with Medicare. This plan is available to anyone living in a contracted nursing home.

UnitedHealthcare Insurance Company complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-877-765-4440 (TTY: 711). 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-877-765-4440 (TTY: 711)。

Y0066_160927_131000 Accepted
© 2017 UnitedHealthcare Services, Inc.
57599A-102016

Relator-UHD 0751

| Fax to: 1-866-994-9659 |
|---|
| **Stand-alone Medicare Prescription Drug Plans (Part D)** |
| **Medicare Prescription Drug Plan (PDP)** — A stand-alone drug plan that adds prescription drug coverage to Original Medicare, some Medicare Cost Plans, some Medicare Private Fee-For-Service Plans, and Medicare Medical Savings Account Plans. |
| **Medicare Advantage Plans (Part C) and Cost Plans** |
| **Medicare Health Maintenance Organization (HMO)** — A Medicare Advantage Plan that provides all Original Medicare Part A and Part B health coverage and sometimes covers Part D prescription drug coverage. In most HMOs, you can only get your care from doctors or hospitals in the plan's network (except in emergencies). |
| **Medicare HMO Point-of-Service (HMO-POS) Plans** — A Medicare Advantage Plan that provides all Original Medicare Part A and Part B health coverage and sometimes covers Part D prescription drug coverage. HMO-POS plans may allow you to get some services out of network for a higher copayment or coinsurance. |
| **Medicare Preferred Provider Organization (PPO) Plan** — A Medicare Advantage Plan that provides all Original Medicare Part A and Part B health coverage and sometimes covers Part D prescription drug coverage. PPOs have network doctors, providers and hospitals but you can also use out-of-network providers, usually at a higher cost. |
| **Medicare Private Fee-For-Service (PFFS) Plan** — A Medicare Advantage Plan in which you may go to any Medicare-approved doctor, hospital and provider that accepts the plan's payment, terms and conditions and agrees to treat you — not all providers will. If you join a PFFS Plan that has a network, you can see any of the network providers who have agreed to always treat plan members. You will usually pay more to see out-of-network providers. |
| **Medicare Special Needs Plan (SNP)** — A Medicare Advantage Plan that has a benefit package designed for people with special health care needs. Examples of the specific groups served include people who have both Medicare and Medicaid, people who reside in nursing homes, and people who have certain chronic medical conditions. |
| **Medicare Medical Savings Account (MSA) Plan** — MSA Plans combine a high deductible health plan with a bank account. The plan deposits money from Medicare into the account. You can use it to pay your medical expenses until your deductible is met. |
| **Medicare Cost Plan** — In a Medicare Cost Plan, you can go to providers both in and out of network. If you get services outside of the plan's network, your Medicare-covered services will be paid for under Original Medicare but you will be responsible for Medicare coinsurance and deductibles. |
| **Other Related Products** |
| **Dental/Vision/Hearing Products** — Plans offering additional benefits for consumers who are looking to cover needs for dental, vision, or hearing. These plans are not affiliated or connected to Medicare. |
| **Hospital Indemnity Products** — Plans offering additional benefits; payable to consumers based upon their medical utilization; sometimes used to defray co-pays/co-insurance. These plans are not affiliated or connected to Medicare. |
| **Medicare Supplement (Medigap) Products** — Insurance plans that help pay some of the out-of-pocket costs not paid by Original Medicare (Parts A and B) such as deductibles and co-insurance amounts for Medicare approved services. |

Plans are insured through UnitedHealthcare Insurance Company or one of its affiliated companies, a Medicare Advantage organization with a Medicare contract and a Medicare-approved Part D sponsor. Enrollment in the plan depends on the plan's contract renewal with Medicare.

UHEX16MP3693102_001

Relator-UHD 0752

# Authorization for Disclosure of Contact Information

Completion of this document authorizes the disclosure and/or use of individually identifiable health information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

By signing this Authorization for Disclosure of Health Information, I authorize the nursing home identified below to disclose my name, address, and telephone number, email address, or the contact information for my personal representatives/responsible parties to a health care plan so that health care plan(s) contracted with the nursing home identified below may contact me about their products and services.

| Jonesboro Nursing Home | (770) 473-4438 |
|---|---|
| Nursing Home Name | Nursing Home Telephone No. |

| 2650 GA-138 | Jonesboro | GA | 30236 |
|---|---|---|---|
| Nursing Home Address | City | State | Zip Code |

I understand the following:

- My permission to disclose my contact information or my personal representative's contact information will expire one year from the date indicated below unless the nursing home identified above receives earlier written notification from me ending my permission to give my information to other parties. However, this will not effect any actions that have already occurred due to my original permission.
- I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to the nursing home identified above. My revocation will be effective upon receipt, but will not be effective to the extent that others have acted in reliance upon this authorization.
- My personal health information will be used only for the purposes outlined above.
- This authorization is voluntary. I may refuse to sign this form. I understand that my provider(s) may <u>not</u> condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.
- If my information is re-disclosed to a third-party who is not a health care provider or health care plan, or health care clearinghouse, it may not be protected by federal privacy laws.
- No other personal health information will be released to any third-party pursuant to this authorization.

| L▇ ▇ | 998A |
|---|---|
| Print Name of Resident | Medicare ID Number |

| E▇ S▇ | |
|---|---|
| Print Name of Authorized Representative | |

| ▇ ▇ | |
|---|---|
| Signature of Resident/Member/Authorized Representative | Date |

Email Address

If you are the authorized representative of the resident, you must provide the following information:

| ▇ | ▇ | ▇ |
|---|---|---|
| Relationship to Resident | Address | Telephone No. |

McDonough, GA 30253

MIPPA/PTC September 2015
Relator-UHD 0753

# Authorization for Disclosure of Health Information

The Health Insurance Portability and Accountability Act (HIPAA) requires your providers to get your permission before disclosing your personal health information for certain reasons. Completion of this document authorizes the disclosure and/or use of individually identifiable health information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

This Authorization for Disclosure of Health Information allows the medical provider identified below to disclose my personal health information for the purpose of preparing my health risk assessment and personalized care plan prior to the effective date of my enrollment in the UnitedHealthcare Nursing Home Plan.

I hereby authorize the disclosure of my health information by:

Jonesboro Nursing Home                                    (770) 473-4436
Name of Provider                                          Provider Telephone No.

2650   GA - 138         Jonesboro         GA      30236
Provider Address                City            State    Zip Code

to UnitedHealthcare and its affiliates for the purpose of beginning my health assessment and preparing my personalized care plan as part of my enrollment.

This authorization applies to all the health information maintained by the provider about my medical history or care from _____ [insert date you first received care from your provider] to the present relating to any specific treatment or services received.

I understand the following:

- **This authorization expires if I fail to enroll in the plan or upon termination of my enrollment in the plan.**

- **I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to UnitedHealthcare. My revocation will be effective upon receipt, but will not be effective to the extent that UnitedHealthcare or others have acted in reliance upon this authorization.**

- **My personal health information will be used only for the purposes outlined above.**

- **This authorization is voluntary. I may refuse to sign this form. I understand that neither UnitedHealthcare nor my provider may condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.**

- **Information disclosed according to this authorization could be re-disclosed by the recipient and might no longer be protected by federal confidentiality law.**

_____           _____998A_____
Print Name of Applicant/Member/Authorized Representative    Medicare ID Number

_____           _____
Signature of Applicant/Member/Authorized Representative     Date

If you are the authorized representative of the applicant, you must provide the following information:

_____           _____
Relationship to Applicant         Address                   Telephone No.

McDonough, GA 30253

Relator-UHD 0754

# Authorization for Disclosure of Healthcare Information

Completion of this document authorizes the disclosure and use of individually identifiable healthcare information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

By signing this Authorization for Disclosure of Healthcare Information, I authorize the nursing home identified below to disclose my Medicare number (HICN), Medicaid number (if applicable), date of admission to the nursing home identified below, and current insurance plan to a representative from UnitedHealthcare to help facilitate my enrollment into the UnitedHealthcare Nursing Home Plan.

Nursing Home Name: Jonesboro Nursing home
Nursing Home Telephone No.: (770) 473-4436
Nursing Home Address: 2650 GA-138, Jonesboro GA 30236

I understand the following:

- My permission to disclose my healthcare information will expire seven (7) days from the date indicated below unless the nursing home identified above receives earlier written notification from me ending my permission to give my information to UnitedHealthcare. However, this will not affect any actions that have already occurred due to my original permission.

- I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to the nursing home identified above. My revocation will be effective upon receipt, but will not be effective to the extent that others have acted in reliance upon this authorization.

- My personal healthcare information will be used only for the purpose of enrolling me into the UnitedHealthcare Nursing Home Plan as outlined above.

- This authorization is voluntary. I may refuse to sign this form. I understand that my provider(s) may **not** condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.

- If my information is re-disclosed to a third-party who is not a health care provider or health care plan, or health care clearinghouse, it may not be protected by federal privacy laws.

- No other personal health information will be released to any third-party pursuant to this authorization.

Print Name of Applicant/Member/Authorized Representative: E[redacted] S[redacted]
Medicare ID Number: [redacted]998A

Signature of Applicant/Member/Authorized Representative: [signature]
Date:

Email Address of Applicant/Member/Authorized Representative:

**If you are the authorized representative of the applicant, you must provide the following information:**

Relationship to Applicant: [redacted]
Address: [redacted] McDonough, GA 30253
Telephone No.: [redacted]

Enrollment 1/14
Relator-UHD 0755

## Scope of Sales Appointment Confirmation Form  Page 1 of 2

The Centers for Medicare and Medicaid Services requires Licensed Sales Representatives to document the scope of a marketing appointment prior to any face-to-face sales meeting to ensure understanding of what will be discussed between the Licensed Sales Representative and the Medicare beneficiary (or their authorized representative). All information provided on this form is confidential and should be completed by each person with Medicare or his/her authorized representative.

**Please initial below beside the type of product(s) you want the Licensed Sales Representative to discuss.**
(Refer to page 2 for product type descriptions)

- [ ] Stand-alone Medicare Prescription Drug Plans (Part D)
- [x] Medicare Advantage Plans (Part C) and Cost Plans
- [ ] Dental/Vision/Hearing Products
- [ ] Hospital Indemnity Products
- [ ] Medicare Supplement (Medigap) Products

**By signing this form, you agree to a meeting with a Licensed Sales Representative to discuss the types of products you initialed above.** Please note, the person who will discuss the products is either employed or contracted by a Medicare plan. They <u>do not</u> work directly for the Federal government. This individual may also be paid based on your enrollment in a plan.

Signing this form does NOT obligate you to enroll in a plan, affect your current enrollment, or enroll you in a Medicare plan.

| Beneficiary or Authorized Representative Signature and Signature Date: | |
|---|---|
| Signature [signed] | Signature Date |

If you are the authorized representative, please sign above and print clearly and legibly below:

| Name (First_Last) | Relationship to Beneficiary |
|---|---|
| E[redacted] S[redacted] | [redacted] |

**To be completed by Licensed Sales Representative** (please print clearly and legibly)

| Licensed Sales Representative Name (First_Last) | Licensed Sales Representative Phone | Licensed Sales Representative ID |
|---|---|---|
| Brook Gorie | (407) 694-5909 | 211 6326 |
| Beneficiary Name (First_Last) | Beneficiary Phone (Optional) | Date Appointment will be Completed |
| L[redacted] T[redacted] | | |

Beneficiary Address (Optional)

| Initial Method of Contact | Plan(s) the Licensed Sales Representative will represent during the meeting |
|---|---|
| Interest Card | UHC Nursing Home plan |

Licensed Sales Representative Signature [signed]

Scope of appointment (SOA) is subject to CMS Record Retention Requirements

Licensed Sales Representative, if the form was not signed by the beneficiary prior to the appointment, provide explanation why SOA was not documented prior to meeting: **Please check all that apply**

☐ Unplanned Attendee    ☐ New SOA required (consumer requested other Health Product information)
☐ Walk-in    ☐ Other (please explain): _____

Y0066_140611_154714 Approved

Relator-UHD 0756

# FACE SHEET
## Jonesboro Nursing and Rehab Center LLC

| | | |
|---|---|---|
| [REDACTED] | Res No.: 4645 | Admit Date: 10/30/17 12:00 am | Admitted From: 02 |
| [REDACTED] | Loc: 1 121 A | ReAdmitted: | Readmitted From: |
| | Ph: | Discharged: | Discharged To: |
| McDonough, GA 30253 | Sex: F | Discharge St[atus] | |
| | D.O.B.: [REDACTED]924 | SSN: Restricted |

## MEDICAL INFORMATION

Med Record no: 4645
Height: 64 in.
Admit Weight: lbs.
Primary Phys: Harvey, Paul    (770) 996-9400
6572 Riverpark Dr.
Riverdale, GA 30274
Alternate Phys: Wright, Richard    (770) 996-9400
6572 Riverpark DR
Riverdale, GA 30274
Referring Phys:    ( ) -

QL Hospital stay:
From/Thru:
Rehab Potential:

Allergies:
NKA

Admit Dx:
F03.90 Unspecified dementia without behavioral disturbance

Discharge Dx:

Current Dx:
F03.90 Unspecified dementia without behavioral disturbance
E11.9 Type 2 diabetes mellitus without complications
I48.91 Unspecified atrial fibrillation
I10 Essential (primary) hypertension

See next page for additional diagnoses

Admitted with:  ☐ Catheter present  ☐ Contractures  ☐ Restraint Orders  ☐ Pressure Sores (other than Stage 1)
☐ Received pneumococcal vaccine           ☐ Received influenza immunization           ☐ In facility

## DEMOGRAPHICS
Marital Status: Widowed    County: Henry
Race: Black - Not Hispanic    Primary Lang: English
Religion: Baptist    Birthplace: [REDACTED] SC
Occupation: Factory Worker
☑ U.S. Citizen    ☐ Military Srv.

## SERVICE PROVIDERS and PREFERENCES
Pharmacy    Tara Pharmacy

Hospital    Piedmont / Henry    at 10:00-11:00 am [handwritten]

Mortuary    Contact Family

Part D Plan:
Effective:    RxBIN:    RxPCN:
Cardholder ID:
Group No:    Issuer:

## BILLING INFORMATION
A/R Type: PEN    CMG: RUB    Resources: 1,333.00
Medicare #: [REDACTED]98A    Ancillary A/R Type: MRO
Medicaid #: [REDACTED]    Ancillary Co-ins A/R Type: PEN
Ins Pol:    Grp:
Ins Pol:    Grp:
Recurring Room Chg:
☑ Adv Bill    ☐ Resident is Self Responsible
TrustFund:  ☑ Apply Interest    ☑ Max Balance Reminder

## RESPONSIBLE PARTY
E[REDACTED] S[REDACTED]
[REDACTED]
McDonough GA 30253

Relationship: [REDACTED]
Phone: (Day)
(Eve) [REDACTED]
(Cell) [REDACTED]

## SECOND CONTACT
K[REDACTED] A[REDACTED]-S[REDACTED]

Relationship: [REDACTED]
Phone: (Day)
(Eve) [REDACTED]
(Cell) [REDACTED]

## THIRD CONTACT

Relationship: [REDACTED]
Phone: (Day)
(Eve)
(Cell)

## ADDITIONAL INFORMATION
Mothers Name    [REDACTED]
Fathers Name
Personal mail to Resident    YES
Business mail to RP    YES
Registered to Vote    YES
Family to do Laundry    NO

Relator-UHD 0757

**FACE SHEET**
Jonesboro Nursing and Rehab Center LLC

| | | |
|---|---|---|
| ▮ 1▮▮▮ | Res No.: 4645 | Admit Date: 10/30/17 12:00 am   Admitted From: 02 |
| ▮▮▮▮▮ | Loc: 1 121 A | ReAdmitted:   Readmitted From: |
| | Ph: | Discharged:   Discharged To: |
| McDonough, GA 30253 | Sex: F | Discharge Status: |
| | | D.O.B.: ▮▮/24   SSN: Restricted |

### ADDITIONAL CURRENT DIAGNOSES

I73.9 Peripheral vascular disease, unspecified

E78.5 Hyperlipidemia, unspecified

H26.9 Unspecified cataract

E56.9 Vitamin deficiency, unspecified

Relator-UHD 0758