# Exhibit 6

## ADMISSION RECORD
### Abercorn Rehabilitation Center, LLC
### TEL: (912) 925-4402




Mar 22, 2018 10:09:16 ET

### RESIDENT INFORMATION

| Resident Name | Preferred Name | Unit | Room / Bed | Admission Date | Init. Adm. Date | Orig. Adm. Date | Resident # |
|---|---|---|---|---|---|---|---|
| G___ S___ | S__ | LT | 011-A | 01/20/2018 | 01/29/2011 | 01/29/2011 | 200509 |

| Previous address | Previous Phone # | Legal Mailing address |
|---|---|---|
| Savannah, GA, 31419 | | Same as Previous Address |

| Sex | Birthdate | Age | Marital Status | Religion | Race | Occupation(s) | Primary Lang. |
|---|---|---|---|---|---|---|---|
| F | 1935 | 82 | Divorced | Unknown | Black or African American | Waitress | English |

| Admitted From | Admission Location | Birth Place | Citizenship | Maiden Name |
|---|---|---|---|---|
| Acute Care Hospital | St. Joseph's Hospital - Savannah | | U.S. | |

| Insurance #1 | Insurance #2 | Managed Medicaid # | Medicare (HIC) # |
|---|---|---|---|
| | | | 25B6 |

| Medicaid # |
|---|
| 3674 |

### PAYER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Primary Payer | Medicaid Intermediate (MIN) | Medicaid # | 3674 | Group # | Ins. Company Medicaid - GA |
| Second Payer | Resident Liability (RL) | SSN # | 9487 | | |
| Third Payer | Medicare B (MCB) | Medicare # | 25B6 | | |
| Fourth Payer | Medicare B Coins from Medicaid (MBM) | Medicaid # | 3674 | | |

### OTHER INFORMATION

| Most Recent Hospital Stay | | Allergies |
|---|---|---|
| 01/12/2018 | 01/20/2018 | No Known Allergies |

| Admission Communications Nursing | Advanced Directives | County | Funeral Home |
|---|---|---|---|
| | | | |

| Hospice Respite | Is Mgd care plan a Medicare replacement plan? | Medicaid Recert Date | Medicare Coverage |
|---|---|---|---|
| | | | Part A & B |

| Medicare Part D Plan | MMA Program | NC Medicaid - Category of Eligibility | NC/FL/GA PASSR Level |
|---|---|---|---|
| | | | |

| QMB | Qualifying Hosp Stay Adm Date? | Qualifying Hosp Stay D/C Date? | Resident Receives personal Mail? |
|---|---|---|---|
| | | | |

| Spouse's Name | Uses Walker? | Uses Wheelchair? | |
|---|---|---|---|
| | | | |

### CARE PROVIDERS

| Provider | Phone | Address | UPIN | NPI |
|---|---|---|---|---|
| Medical Director (Primary) ALMEIDA, JOENIE | Office: (912) 819-9100 | 527 EISENHOWER DRIVE, Suite 1200 SAVANNAH, GA 31406 | 1447271333 | 1447271333 |

### PHARMACY

| Pharmacy | Phone/Fax | Address |
|---|---|---|
| Omnicare of Atlanta (Primary) Primary Contact: John Usry | Phone: (770) 922-9812 Fax: (800) 755-1483 | 594 Sigman Road Suite 200 Conyers, GA, 30013 |
| Carter's Pharmacy | Phone: (912) 748-5717 Fax: (877) 392-9123 | 200 Governor Treutlen Rd, Ste 20 Pooler, GA, 31322-3400 |

### CONTACTS

| Name | Contact Type | Relationship | Address | Phone/Email |
|---|---|---|---|---|
| E___ A___ | Next of Kin | | Savannah, GA, 31419 | |
| G___ S___ | A/R Guarantor | | Savannah, GA, 31406 | |
| M___ L___ | Emergency Contact # 1 Customer Survey Contact | | Savannah, GA, 31419 | |
| S___ T___ | Emergency Contact # 2 | | Savannah, GA, 31419 | |

### DIAGNOSIS INFORMATION

| Code | Description | Onset Date | Rank | Classification |
|---|---|---|---|---|
| F01.51 | VASCULAR DEMENTIA WITH BEHAVIORAL DISTURBANCE | 12/04/2013 | Primary | Admission |
| F20.9 | SCHIZOPHRENIA, UNSPECIFIED | 12/04/2013 | Diagnosis 1 | History |
| I67.89 | OTHER CEREBROVASCULAR DISEASE | 03/28/2012 | Diagnosis 2 | During Stay |
| G81.90 | HEMIPLEGIA, UNSPECIFIED AFFECTING UNSPECIFIED SIDE | 10/01/2016 | Diagnosis 3 | Admission |

Relator-UHD 0827

Case 5:19-cv-00246-MTT   Document 52-6   Filed 07/30/24   Page 3 of 3

G▇▇▇ S▇▇ (200509) — Continued on Page 2

## DIAGNOSIS INFORMATION

| Code | Description | Date | Diagnosis | Type |
|---|---|---|---|---|
| I10 | ESSENTIAL (PRIMARY) HYPERTENSION | 03/22/2011 | Diagnosis 4 | Admission |
| G45.8 | OTHER TRANSIENT CEREBRAL ISCHEMIC ATTACKS AND RELATED SYNDROMES | 01/29/2011 | Diagnosis 5 | Admission |
| G89.29 | OTHER CHRONIC PAIN | 04/15/2011 | Diagnosis 6 | Admission |
| F29 | UNSPECIFIED PSYCHOSIS NOT DUE TO A SUBSTANCE OR KNOWN PHYSIOLOGICAL CONDITION | 12/04/2013 | Diagnosis 7 | Admission |
| M19.90 | UNSPECIFIED OSTEOARTHRITIS, UNSPECIFIED SITE | 01/29/2011 | Diagnosis 8 | Admission |
| D64.9 | ANEMIA, UNSPECIFIED | 01/29/2011 | Diagnosis 9 | Admission |
| F33.9 | MAJOR DEPRESSIVE DISORDER, RECURRENT, UNSPECIFIED | 02/20/2017 | Diagnosis 10 | Admission |
| R26.2 | DIFFICULTY IN WALKING, NOT ELSEWHERE CLASSIFIED | 10/19/2016 | Diagnosis 10 | During Stay |
| R13.12 | DYSPHAGIA, OROPHARYNGEAL PHASE | 05/13/2016 | Diagnosis 10 | During Stay |
| M24.532 | CONTRACTURE, LEFT WRIST | 12/15/2015 | Diagnosis 10 | During Stay |
| M24.542 | CONTRACTURE, LEFT HAND | 12/15/2015 | Diagnosis 10 | During Stay |
| R27.9 | UNSPECIFIED LACK OF COORDINATION | 12/15/2015 | Diagnosis 10 | During Stay |
| G47.00 | INSOMNIA, UNSPECIFIED | 01/03/2012 | Diagnosis 10 | During Stay |
| E55.9 | VITAMIN D DEFICIENCY, UNSPECIFIED | 03/22/2011 | Diagnosis 10 | Admission |
| E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | 03/22/2011 | Diagnosis 10 | Admission |
| F06.8 | OTHER SPECIFIED MENTAL DISORDERS DUE TO KNOWN PHYSIOLOGICAL CONDITION | 03/22/2011 | Diagnosis 10 | Admission |
| N18.3 | CHRONIC KIDNEY DISEASE, STAGE 3 (MODERATE) | 03/22/2011 | Diagnosis 10 | Admission |
| Z41.8 | ENCOUNTER FOR OTHER PROCEDURES FOR PURPOSES OTHER THAN REMEDYING HEALTH STATE | 03/22/2011 | Diagnosis 10 | Admission |
| K21.9 | GASTRO-ESOPHAGEAL REFLUX DISEASE WITHOUT ESOPHAGITIS | 01/29/2011 | Diagnosis 10 | Admission |

## ADVANCE DIRECTIVE

Full Code

## MISCELLANEOUS INFORMATION

| Date of Discharge | Time | Length of Stay | Discharged to (Mortician Name and Licence No.) | | |
|---|---|---|---|---|---|
| | | 61 | | | |

| Signature | | Date | Time |
|---|---|---|---|
| | | | |

| Personal Effects Sent With | Relationship | Date | Time |
|---|---|---|---|
| | | | |



Relator-UHD 0828