# Exhibit 7

# ADMISSION RECORD
**Abercorn Rehabilitation Center, LLC**
TEL: (912) 925-4402

*[Handwritten: Tomorrow at 4:00 PM at Abercorn]*

Mar 7, 2018 10:59:28 ET

## RESIDENT INFORMATION

| Resident Name | Preferred Name | Unit | Room / Bed | Admission Date | Init. Adm. Date | Orig. Adm. Date | Resident # |
|---|---|---|---|---|---|---|---|
| G___ D___ | | LB | 027-B | 08/11/2017 | 08/11/2017 | 08/11/2017 | 1000702 |

| Previous address | Previous Phone # | Legal Mailing address |
|---|---|---|
| Claxton, GA, 30417 | | Same as Previous Address |

| Sex | Birthdate | Age | Marital Status | Religion | Race | Occupation(s) | Primary Lang. |
|---|---|---|---|---|---|---|---|
| F | 1937 | 81 | Widowed | Pentecostal | Black, not of Hispanic origin | Retired | English |

| Admitted From | Admission Location | Birth Place | Citizenship | Maiden Name |
|---|---|---|---|---|
| Acute Care Hospital | Candler Hospital | | U.S. | |

| Insurance #1 | Insurance #2 | Managed Medicaid # | Medicare (HIC) # |
|---|---|---|---|
| | | | ___29A |

| Medicaid # |
|---|
| ___138 |

## PAYER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Primary Payer | Medicaid Intermediate (MIN) | Medicaid # ___138 | Group # | Ins. Company | Medicaid - GA |
| Second Payer | Resident Liability (RL) | SSN # ___029 | | | |
| Third Payer | Medicare B (MCB) | Medicare # ___29A | | | |
| Fourth Payer | Medicare B Coins from Medicaid (MBM) | Medicaid # ___138 | | | |

## OTHER INFORMATION

| Most Recent Hospital Stay | | | Allergies |
|---|---|---|---|
| 08/01/2017 | 08/11/2017 | Penicillin | |

| Admission Communications Nursing | Advanced Directives | County | DNR |
|---|---|---|---|
| | | | Yes |

| DPOA/POA - Financial | DPOA/POA - Health | Funeral Home | Hospice Respite |
|---|---|---|---|
| Yes | Yes | | |

| Hospital Preferences | Is Mgd care plan a Medicare replacement plan? | Laundry-done by? | Living Will |
|---|---|---|---|
| Candler Hospital | | Facility | Yes |

| Medicaid Recert Date | Medicare Coverage | Medicare Part D Plan | Military Service |
|---|---|---|---|
| | Part A & B | | No |

| MMA Program | NC Medicaid - Category of Eligibility | NC/FL/GA PASSR Level | QMB |
|---|---|---|---|
| | | | |

| Qualifying Hosp Stay Adm Date? | Qualifying Hosp Stay D/C Date? | Resident Receives personal Mail? | Spouse's Name |
|---|---|---|---|
| | | | |

| Uses Walker? | Uses Wheelchair? | | |
|---|---|---|---|
| | Yes | | |

## CARE PROVIDERS

| Provider | Phone | Address | UPIN | NPI |
|---|---|---|---|---|
| Medical Director (Primary) ALMEIDA, JOENIE | Office: (912) 879-9100 | 527 EISENHOWER DRIVE, Suite 1200 SAVANNAH, GA 31406 | 1447271333 | 1447271333 |

## PHARMACY

| Pharmacy | Phone/Fax | Address |
|---|---|---|
| Omnicare of Atlanta (Primary) Primary Contact: John Usry | Phone: (770) 922-9812 Fax: (800) 755-1483 | 594 Sigman Road Suite 200 Conyers, GA, 30013 |
| Carter's Pharmacy | Phone: (912) 748-5717 Fax: (877) 392-9123 | 200 Governor Treutlen Rd, Ste 20 Pooler, GA, 31322-3400 |

## CONTACTS

| Name | Contact Type | Relationship | Address | Phone/Email |
|---|---|---|---|---|
| M___ G___ | A/R Guarantor Emergency Contact # 1 | | Savannah, GA, 31419 | |
| C___ D___ | | | | |

## DIAGNOSIS INFORMATION

| Code | Description | Onset Date | Rank | Classification |
|---|---|---|---|---|
| K56.690 | OTHER PARTIAL INTESTINAL OBSTRUCTION | 10/01/2017 | Primary | Admission |
| I10 | ESSENTIAL (PRIMARY) HYPERTENSION | 08/11/2017 | Diagnosis 1 | History |
| K21.0 | GASTRO-ESOPHAGEAL REFLUX DISEASE WITH ESOPHAGITIS | 08/11/2017 | Diagnosis 2 | History |
| F03.90 | UNSPECIFIED DEMENTIA WITHOUT BEHAVIORAL DISTURBANCE | 08/11/2017 | Diagnosis 3 | History |
| M32.9 | SYSTEMIC LUPUS ERYTHEMATOSUS, UNSPECIFIED | 08/11/2017 | Diagnosis 4 | History |

G▮▮, D▮▮ (1000702) – Continued on Page 2

| DIAGNOSIS INFORMATION | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| ADVANCE DIRECTIVE |
|---|
| Do Not Resuscitate |

| MISCELLANEOUS INFORMATION | | | |
|---|---|---|---|
| Date of Discharge | Time | Length of Stay | Discharged to (Mortician Name and Licence No.) |
| | | 208 | |
| Signature | | Date | Time |
| | | | |
| Personal Effects Sent With | Relationship | Date | Time |
| | | | |

Relator-UHD 0832

# Authorization for Disclosure of Contact Information

Completion of this document authorizes the disclosure and/or use of individually identifiable health information, as set forth below, consistent with Federal law concerning the privacy of such information.

## Disclosure Authorization

By signing this Authorization for Disclosure of Health Information, I authorize the nursing home identified below to disclose my name, address, and telephone number, email address, or the contact information for my personal representatives/responsible parties to a health care plan so that health care plan(s) contracted with the nursing home identified below may contact me about their products and services.

| Abercorn Rehab Center | (912) 925-4402 |
|---|---|
| Nursing Home Name | Nursing Home Telephone No. |

| 11800 Abercorn St | Savannah | GA | 31419 |
|---|---|---|---|
| Nursing Home Address | City | State | Zip Code |

I understand the following:

- My permission to disclose my contact information or my personal representative's contact information will expire one year from the date indicated below unless the nursing home identified above receives earlier written notification from me ending my permission to give my information to other parties. However, this will not effect any actions that have already occurred due to my original permission.

- I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to the nursing home identified above. My revocation will be effective upon receipt, but will not be effective to the extent that others have acted in reliance upon this authorization.

- My personal health information will be used only for the purposes outlined above.

- This authorization is voluntary. I may refuse to sign this form. I understand that my provider(s) may **not** condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.

- If my information is re-disclosed to a third-party who is not a health care provider or health care plan, or health care clearinghouse, it may not be protected by federal privacy laws.

- No other personal health information will be released to any third-party pursuant to this authorization.

Print Name of Resident

Medicare ID Number

Print Name of Authorized Rep

Signature of Resident/Member/Authorized Representative

Date: March 22, 2018

Email Address

If you are the authorized representative of the resident, you must provide the following information:

| Self | Same as above | |
|---|---|---|
| Relationship to Resident | Address | Telephone No. |

MIPPA/PTC September 2015
Relator-UHD 0833

# Authorization for Disclosure of Health Information

The Health Insurance Portability and Accountability Act (HIPAA) requires your providers to get your permission before disclosing your personal health information for certain reasons. Completion of this document authorizes the disclosure and/or use of individually identifiable health information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

This Authorization for Disclosure of Health Information allows the medical provider identified below to disclose my personal health information for the purpose of preparing my health risk assessment and personalized care plan prior to the effective date of my enrollment in the UnitedHealthcare Nursing Home Plan.

I hereby authorize the disclosure of my health information by:

Abercorn Rehab Center                                    (912) 925-4402
Name of Provider                                         Provider Telephone No.

11800 Abercorn St.           Savannah           GA       31419
Provider Address             City               State    Zip Code

to UnitedHealthcare and its affiliates for the purpose of beginning my health assessment and preparing my personalized care plan as part of my enrollment.

This authorization applies to all the health information maintained by the provider about my medical history or care from _____ [insert date you first received care from your provider] to the present relating to any specific treatment or services received.

I understand the following:

- This authorization expires if I fail to enroll in the plan or upon termination of my enrollment in the plan.
- I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to UnitedHealthcare. My revocation will be effective upon receipt, but will not be effective to the extent that UnitedHealthcare or others have acted in reliance upon this authorization.
- My personal health information will be used only for the purposes outlined above.
- This authorization is voluntary. I may refuse to sign this form. I understand that neither UnitedHealthcare nor my provider may condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.
- Information disclosed according to this authorization could be re-disclosed by the recipient and might no longer be protected by federal confidentiality law.

_____    _____    _____
Print Name of Applicant/Member Representative           Medicare ID Number

_____    _____    _____
Signature of Applicant/Member Representative            Date

If you are the authorized representative of the applicant, you must provide the following information:

Self                       Same as above            _____
Relationship to Applicant  Address                  Telephone No.

Relator-UHD 0834

# Authorization for Disclosure of Healthcare Information

Completion of this document authorizes the disclosure and use of individually identifiable healthcare information, as set forth below, consistent with Federal law concerning the privacy of such information.

**Disclosure Authorization**

By signing this Authorization for Disclosure of Healthcare Information, I authorize the nursing home identified below to disclose my Medicare number (HICN), Medicaid number (if applicable), date of admission to the nursing home identified below, and current insurance plan to a representative from UnitedHealthcare to help facilitate my enrollment into the UnitedHealthcare Nursing Home Plan.

| Abercorn Rehab Center | (912) 925-4402 |
|---|---|
| Nursing Home Name | Nursing Home Telephone No. |

| 11800 Abercorn St. | Savannah | GA | 31419 |
|---|---|---|---|
| Nursing Home Address | City | State | Zip Code |

I understand the following:

- My permission to disclose my healthcare information will expire seven (7) days from the date indicated below unless the nursing home identified above receives earlier written notification from me ending my permission to give my information to UnitedHealthcare. However, this will not affect any actions that have already occurred due to my original permission.
- I may revoke this authorization at any time. My revocation must be in writing, signed by me or on my behalf, and sent to the nursing home identified above. My revocation will be effective upon receipt, but will not be effective to the extent that others have acted in reliance upon this authorization.
- My personal healthcare information will be used only for the purpose of enrolling me into the UnitedHealthcare Nursing Home Plan as outlined above.
- This authorization is voluntary. I may refuse to sign this form. I understand that my provider(s) may <u>not</u> condition treatment, payment, enrollment, or eligibility for benefits based on my refusal to sign this authorization.
- If my information is re-disclosed to a third-party who is not a health care provider or health care plan, or health care clearinghouse, it may not be protected by federal privacy laws.
- No other personal health information will be released to any third-party pursuant to this authorization.

| [redacted signature] | | |
|---|---|---|
| Print Name of Applicant/Member/Representative | | Medicare ID Number |

| [redacted signature] | | |
|---|---|---|
| Signature of Applicant/Member/Representative | | Date |

Email Address of Applicant/Member/Authorized Representative

If you are the authorized representative of the applicant, you must provide the following information:

| Self | Same as above | [redacted] |
|---|---|---|
| Relationship to Applicant | Address | Telephone No. |

Enrollment 1/14

Relator-UHD 0835

# Scope of Sales Appointment Confirmation Form

Page 1 of 2

The Centers for Medicare and Medicaid Services requires Licensed Sales Representatives to document the scope of a marketing appointment prior to any face-to-face sales meeting to ensure understanding of what will be discussed between the Licensed Sales Representative and the Medicare beneficiary (or their authorized representative). All information provided on this form is confidential and should be completed by each person with Medicare or his/her authorized representative.

**Please initial below beside the type of product(s) you want the Licensed Sales Representative to discuss.**
(Refer to page 2 for product type descriptions)

| | |
|---|---|
| ☐ Stand-alone Medicare Prescription Drug Plans (Part D) | ☐ Hospital Indemnity Products |
| ☒ Medicare Advantage Plans (Part C) and Cost Plans | ☐ Medicare Supplement |
| ☐ Dental/Vision/Hearing Products | (Medigap) Products |

**By signing this form, you agree to a meeting with a Licensed Sales Representative to discuss the types of products you initialed above.** Please note, the person who will discuss the products is either employed or contracted by a Medicare plan. They <u>do not</u> work directly for the Federal government. This individual may also be paid based on your enrollment in a plan.

Signing this form does NOT obligate you to enroll in a plan, affect your current enrollment, or enroll you in a Medicare plan.

**Beneficiary or Authorized Representative Signature and Signature Date:**

Signature: [redacted]
Signature Date: March 22, 2018

If you are the authorized representative, please sign above and print clearly and legibly below:

Name (First_Last): [redacted]
Relationship to Beneficiary: [redacted]

**To be completed by Licensed Sales Representative** (please print clearly and legibly)

| Licensed Sales Representative Name (First_Last) | Licensed Sales Representative Phone | Licensed Sales Representative ID |
|---|---|---|
| Brook K. Gonik | (404) 694-5969 | 2116826 |

| Beneficiary Name (First_Last) | Beneficiary Phone (Optional) | Date Appointment will be Completed |
|---|---|---|
| | | |

Beneficiary Address (Optional):

| Initial Method of Contact | Plan(s) the Licensed Sales Representative will represent during the meeting |
|---|---|
| Interest Card | UHC Nursing Home Plan |

Licensed Sales Representative Signature: [signed]

Scope of appointment (SOA) is subject to CMS Record Retention Requirements

Licensed Sales Representative, if the form was not signed by the beneficiary prior to the appointment, provide explanation why SOA was not documented prior to meeting: **Please check all that apply**

☐ Unplanned Attendee   ☐ New SOA required (consumer requested other Health Product information)
☐ Walk-in   ☐ Other (please explain): _____

Y0066_140611_154714 Approved

Relator-UHD 0836