# Exhibit 8

# Resident Directory

Traditions Health and Rehabili

As Of 05/23/2018



| Last Name | First Name | Area | Bed Name |
|---|---|---|---|
| A▓ | L▓ | TR | TR A 13A |
| A▓ | R▓ | TR | TR E 2A |
| A▓ | M▓ | TR | TR E 13B |
| A▓ | W▓ | TR | TR A 6A |
| A▓ | Ja▓ | TR | TR D 7A |
| B▓ | G▓ | TR | TR E 12A |
| B▓ | K▓ | TR | TR A 12A |
| B▓ | H▓ | TR | TR G 9B |
| B▓ | In▓ | TR | TR H 4B |
| B▓ | N▓ | TR | TR G 5B |
| B▓ | E▓ | TR | TR A 16B |
| B▓ | C▓ | TR | TR B 12B |
| B▓ | H▓ | TR | TR E 5A |
| B▓ | B▓ | TR | TR E 15A |
| B▓ | J▓ | TR | TR G 4A |
| B▓ | J▓ | TR | TR B 11B |
| B▓ | Fr▓ | TR | TR C 11B |
| B▓ | K▓ | TR | TR A 15A |
| B▓ | Je▓ | TR | TR A 5A |
| B▓ | J▓ | TR | TR G 13A |
| B▓ | L▓ | TR | TR E 7B |
| B▓ | Li▓ | TR | TR E 13A |
| B▓ | L▓ | TR | TR C 7B |
| B▓ | M▓ | TR | TR A 13B |
| B▓ | P▓ | TR | TR C 2A |
| B▓ | T▓ | TR | TR E 7A |
| B▓ | E▓ | TR | TR G 7A |
| B▓ | E▓ | TR | TR A 7B |
| B▓ | L▓ | TR | TR G 12A |
| B▓ | M▓ | TR | TR E 14B |
| C▓ | M▓ | TR | TR A 15B |
| C▓ | A▓ | TR | TR E 9B |
| C▓ | M▓ | TR | TR B 4B |
| C▓ | J▓ | TR | TR A 11A |
| C▓ | M▓ | TR | TR H 10A |
| C▓ | G▓ | TR | TR A 10A |
| C▓ | A▓ | TR | TR G 2A |
| C▓ | K▓ | TR | TR G 15A |
| D▓ | C▓ | TR | TR H 4A |
| D▓ | J▓ | TR | TR C 6A |
| D▓ | K▓ | TR | TR A 9B |
| D▓ | O▓ | TR | TR H 8A |
| D▓ | M▓ | TR | TR E 5B |
| D▓ | E▓ | TR | TR E 12B |
| D▓ | B▓ | TR | TR A 1A |
| D▓ | J▓ | TR | TR H 14B |
| E▓ | W▓ | TR | TR G 16B |
| E▓ | A▓ | TR | TR C 4A |
| E▓ | J▓ | TR | TR B 10A |

## Resident Directory

Traditions Health and Rehabili

As Of 05/23/2018

| Last Name | First Name | Area | Bed Name |
|-----------|-----------|------|----------|
| Fe■ | Lu | TR | TR H 7B |
| Fe■ | Ru | TR | TR B 3B |
| Eg■ | Fi | TR | TR A 4A |
| Fc■ | Rl | TR | TR E 17A |
| Fr■ | Br | TR | TR A 10B |
| Ga■ | De | TR | TR C 9A |
| Gi■ | Jo | TR | TR E 6A |
| Go■ | M | TR | TR H 7A |
| Gu■ | Ka | TR | TR E 4A |
| Gr■ | Et | TR | TR B 14A |
| Gr■ | El | TR | TR B 15A |
| Gr■ | M | TR | TR A 11B |
| Gr■ | Jo | TR | TR F 8A |
| Gr■ | Ca | TR | TR H 2A |
| Gr■ | Gl | TR | TR B 11A |
| Gr■ | Pe | TR | TR H 5A |
| Gr■ | K■ | TR | TR A 2B |
| Gu■ | Cl | TR | TR B 7B |
| Ha■ | Cl | TR | TR B 13A |
| Ha■ | Ha | TR | TR E 8A |
| Ha■ | Ec | TR | TR H 5B |
| Ha■ | Lc | TR | TR H 9B |
| Ha■ | Lc | TR | TR G 10B |
| Hu■ | Lc | TR | TR G 3B |
| Hc■ | Je | TR | TR E 3A |
| Hc■ | M | TR | TR E 9A |
| Hc■ | Sh | TR | TR A 12B |
| Ja■ | Jo | TR | TR A 14A |
| Ja■ | Li | TR | TR G 13B |
| Je■ | Pe | TR | TR A 8B |
| Jo■ | Li | TR | TR B 10B |
| Jo■ | D■ | TR | TR D 10A |
| Jo■ | Ju | TR | TR G 10A |
| Jo■ | S■ | TR | TR D 6A |
| Jo■ | W■ | TR | TR B 13B |
| Jo■ | A | TR | TR G 7B |
| Jo■ | C■ | TR | TR E 14A |
| Kc■ | M | TR | TR G 15B |
| Kc■ | L■ | TR | TR B 15B |
| Ec■ | S■ | TR | TR G 17A |
| Lc■ | Ca | TR | TR G 11B |
| Lc■ | Cl | TR | TR D 8A |
| Lu■ | Fr | TR | TR B 16B |
| M■ | B■ | TR | TR A 8A |
| M■ | Ja | TR | TR B 5B |
| M■ | W■ | TR | TR B 7A |
| M■ | C■ | TR | TR H 14A |
| M■ | D■ | TR | TR B 14B |
| M■ | M■ | TR | TR H 1A |

**Resident Directory**

Traditions Health and Rehabili

As Of 05/23/2018

| Last Name | First Name | Area | Bed Name |
|---|---|---|---|
| M███ | A███ | TR | TR G 8A |
| M███ | E█ | TR | TR H 3A |
| M███ | A█ | TR | TR B 12A |
| M███ | J█ | TR | TR F 6A |
| M███ | D█ | TR | TR E 17B |
| M███ | A█ | TR | TR B 2A |
| M███ | E | TR | TR H 12B |
| M███ | B█ | TR | TR H 2B |
| M███ | K█ | TR | TR E 6B |
| M███ | R | TR | TR A 16A |
| M███ | S | TR | TR F 4A |
| M███ | J█ | TR | TR F 2A |
| M███ | E | TR | TR G 2B |
| N███ | C | TR | TR G 16A |
| N███ | J█ | TR | TR E 10B |
| N███ | T█ | TR | TR B 3A |
| N███ | N | TR | TR C 3A |
| N███ | V | TR | TR G 14A |
| O███ | T█ | TR | TR D 9A |
| O███ | M | TR | TR H 6A |
| P███ | V | TR | TR G 9A |
| P███ | L | TR | TR H 10B |
| P███ | S█ | TR | TR D 1A |
| P███ | F█ | TR | TR A 4B |
| P███ | H | TR | TR G 4B |
| P███ | E█ | TR | TR H 12A |
| P███ | R | TR | TR H 9A |
| R███ | G█ | TR | TR D 2A |
| R███ | J█ | TR | TR H 6B |
| R███ | P█ | TR | TR G 8B |
| R███ | P█ | TR | TR B 9B |
| S███ | V | TR | TR C 11A |
| S███ | V█ | TR | TR B 8A |
| S███ | F | TR | TR E 11B |
| S███ | K | TR | TR B 16A |
| S███ | A | TR | TR E 10A |
| S███ | B█ | TR | TR H 1B |
| S███ | A | TR | TR G 11A |
| S███ | C█ | TR | TR F 5A |
| S███ | K | TR | TR C 9B |
| S███ | J█ | TR | TR A 1B |
| S███ | D | TR | TR B 5A |
| S███ | E█ | TR | TR E 11A |
| S███ | R█ | TR | TR F 7A |
| S███ | J█ | TR | TR A 14B |
| S███ | A | TR | TR F 1A |
| T███ | B | TR | TR H 8B |
| E███ | J█ | TR | TR D 3A |
| ███ | R█ | TR | TR E 15B |

## Resident Directory

Traditions Health and Rehabili

As Of 05/23/2018

| Last Name | First Name | Area | Bed Name |
|---|---|---|---|
| Th | A | TR | TR G 17B |
| Th | D | TR | TR A 7A |
| Th | M | TR | TR B 6B |
| Th | L | TR | TR C 8B |
| T | N | TR | TR G 6A |
| Tr | L | TR | TR G 1A |
| Tr | D | TR | TR G 12B |
| U | W | TR | TR B 2B |
| U | M | TR | TR D 4A |
| W | W | TR | TR B 6A |
| W | E | TR | TR A 9A |
| W | L | TR | TR G 5A |
| W | M | TR | TR A 6B |
| W | B | TR | TR A 3A |
| W | M | TR | TR G 3A |
| W | Jo | TR | TR F 3A |
| W | L | TR | TR G 6B |
| W | W | TR | TR C 8A |
| W | Pa | TR | TR C 5A |
| W | Sc | TR | TR A 5B |
| W | Sy | TR | TR G 14B |
| W | W | TR | TR C 7A |

**Total Number Of Residents    169**

End Of Report

bb Potential.C