# Exhibit 9

300$ to 50

| Facility | | Room Number | Date / Time Admitted |
|---|---|---|---|
| Traditions Health and Rehabili | | TR E 6A | 02/24/2018  04:00 AM |

| Resident Last Name | First Name | MI | Resident Number | Sex | Marital |
|---|---|---|---|---|---|
| G▓▓▓ | J▓▓▓ | | 37001 | Male | Widowed |

| Resident Address | | Telephone |
|---|---|---|
| ▓▓▓ | | |

| City | State | Zip Code | Primary Language | Citizen |
|---|---|---|---|---|
| Snellville | GA | 30039 | | UNITED STATES |

| SSN | Date of Birth | Age | Religion | Race |
|---|---|---|---|---|
| ▓▓▓4336 | ▓▓▓1931 | 87 | Christian | African American |

| Medicare Number | Medicaid Number | Health Insurance Company |
|---|---|---|
| ▓▓▓336A | + | |

| Admitted From | Dates of Qualifying Stay | Health Insurance Policy No: |
|---|---|---|
| Rockdale Medical Center | 02/19/2018  02/24/2018 | |

| Contact 1 | Telephone | Address |
|---|---|---|
| J▓▓▓ G▓▓▓ | H-  W-  Cell ▓▓▓ | ▓▓▓  Snellville, GA  30039  Email |

| Contact 2 | Telephone | |
|---|---|---|
| J▓▓▓ F▓▓▓ | H-  W-  Cell ▓▓▓ | ▓▓▓ |

| Contact 3 | Telephone | |
|---|---|---|
| | H-  W-  Cell | |

*left msg with my contact number*

| Person Responsible for the Account | Telephone | Address |
|---|---|---|
| G▓▓▓ J▓▓▓ | H-  W-  Cell ▓▓▓ | ▓▓▓  Snellville, GA  30039  Email |

| Attending Physician | Telephone | Address |
|---|---|---|
| Terence A. Frinks | (770) 938-1757  Fax | 3715 Northside Pkwy  Atlanta, GA 30327 |

| Pharmacy | Telephone | Address |
|---|---|---|
| Eldercare Pharmacy | | |

**Diagnoses**
- S72.002D - Fracture of unspecified part of neck of
- M62.81 - Muscle weakness (generalized)
- N18.9 - Chronic kidney disease, unspecified
- F02.80 - Dementia in other diseases classified e
- I48.91 - Unspecified atrial fibrillation
- K21.9 - Gastro-esophageal reflux disease withou
- I82.409 - Acute embolism and thrombosis of unspec
- I10. - Essential (primary) hypertension
- G30.9 - Alzheimer's disease, unspecified
- R13.11 - Dysphagia, oral phase

**Insurance Plans**
- Medicare A PPS
- Medicare A No Pay
- Pvt Coins MCA
- Medicare B
- Medicaid Pending

**Other Information:**
Ins Name: Medicare

| Discharge Date | Discharge To | Released To |
|---|---|---|
| | | |

Final Diagnosis

| Funeral Home | Telephone |
|---|---|

Mortician Receipt

Print Date: 5/23/2018

recadmit5-35923.rpt

Relator-UHD 1154