# Exhibit 10

| Facility | Room Number | Date / Time Admitted |
|---|---|---|
| Traditions Health and Rehabili | TR G 7B | 04/19/2018  12:21 PM |

| Resident Last Name | First Name | MI | Resident Number | Sex | Marital |
|---|---|---|---|---|---|
| [redacted] | A[redacted] | | 49595 | Female | Widowed |

| Resident Address | Telephone |
|---|---|
| [redacted] | |

| City | State | Zip Code | Primary Language | Citizen |
|---|---|---|---|---|
| Lithonia | GA | 30038 | English | UNITED STATES |

| SSN | Date of Birth | Age | Religion | Race |
|---|---|---|---|---|
| [redacted]6620 | [redacted].939 | 78 | Christian | African American |

| Medicare Number | Medicaid Number | Health Insurance Company |
|---|---|---|
| [redacted]520A | [redacted]7915 | Humana MA Contract |

| Admitted From | Dates of Qualifying Stay | Health Insurance Policy No: |
|---|---|---|
| Dekalb Medical Center | 04/07/2018  04/19/2018 | H[redacted] |

| Contact 1 | Telephone | Address |
|---|---|---|
| V[redacted] D[redacted] | H- / W- / Cell [redacted] | [redacted] Lithonia, GA 30038 / Email |

| Contact 2 | Telephone | Address |
|---|---|---|
| F[redacted] (N[redacted] J[redacted]) | H- / W- / Cell [redacted] | [redacted] |

| Contact 3 | Telephone | |
|---|---|---|
| | H- / W- / Cell | |

| Person Responsible for the Account | Telephone | Address |
|---|---|---|
| T[redacted] V[redacted] | H- / W- / Cell [redacted] | [redacted] Lithonia, GA 30038 / Email |

| Attending Physician | Telephone | Address |
|---|---|---|
| Terence A. Frinks | (770) 938-1757 / Fax | 3715 Northside Pkwy Atlanta, GA 30327 |

| Pharmacy | Telephone | Address |
|---|---|---|
| | | |

Diagnoses
- G93.40 - Encephalopathy, unspecified
- D64.9 - Anemia, unspecified
- I63.9 - Cerebral infarction, unspecified
- I10. - Essential (primary) hypertension
- G40.909 - Epilepsy, unspecified, not intractable,
- M19.90 - Unspecified osteoarthritis, unspecified
- H40.9 - Unspecified glaucoma
- J44.9 - Chronic obstructive pulmonary disease,
- F03.90 - Unspecified dementia without behavioral
- R13.11 - Dysphagia, oral phase

Insurance Plans
- Medicare A No Pay
- Humana MA Contract
- Mcare Advg Co-ins A
- Humana B MA Contract
- Pvt Coins Insurance

Other Information:
Ins Name: Humana   Auth# [redacted]7517
Address: 900 Ashwood Pkwy
Phone #: 1800/448-6262
Policy # [redacted]1400

Handwritten notes: "Enrolled", "Como to her home 9:00 am", "Enroll meet her"

| Discharge Date | Discharge To | Released To |
|---|---|---|
| | | |

Final Diagnosis

| Funeral Home | Telephone |
|---|---|
| | |

Mortician Receipt

Print Date: 5/23/2018

recadmit5-35923.rpt

Relator-UHD 1158