# Exhibit 11

| Facility | Room Number | Date / Time Admitted |
|---|---|---|
| Traditions Health and Rehabili | TR C 5A | 05/01/2018   06:20 PM |

| Resident Last Name | First Name | MI | Resident Number | Sex | Marital |
|---|---|---|---|---|---|
| W▓▓ | P▓▓ | | 97574 | Female | Divorced |

| Resident Address | | | | Telephone | |
|---|---|---|---|---|---|
| ▓▓ | | | | | |
| City | State | Zip Code | Primary Language | Citizen | |
| Stone Mountain | GA | 30088 | English | UNITED STATES | |

| SSN | Date of Birth | Age | Religion | Race |
|---|---|---|---|---|
| ▓▓5731 | ▓▓1960 | 58 | Baptist | African American |

| Medicare Number | Medicaid Number | Health Insurance Company |
|---|---|---|
| ▓▓731A | N | UHC MA Contract |

| Admitted From | Dates of Qualifying Stay | Health Insurance Policy No: |
|---|---|---|
| Dekalb Medical Center | 04/15/2018   05/01/2018 | ▓▓5553 |

| Contact 1 | Telephone | Address |
|---|---|---|
| ▓▓ W▓▓ | H- / W- / Cell ▓▓ | ▓▓ Lithonia, GA 30058 / Email |

| Contact 2 | Telephone | Address |
|---|---|---|
| G▓▓ J▓▓ | H- / W- / Cell ▓▓ | ▓▓ |

| Contact 3 | Telephone | Address |
|---|---|---|
| C▓▓ J▓▓ | H- / W- / Cell ▓▓ | ▓▓ |

| Person Responsible for the Account | Telephone | Address |
|---|---|---|
| W▓▓ L▓▓ | H- / W- / Cell ▓▓ | ▓▓ Stone Mountain, GA 30088 / Email |

| Attending Physician | Telephone | Address |
|---|---|---|
| Terence A. Frinks | (770) 938-1757 / Fax | 3715 Northside Pkwy, Atlanta, GA 30327 |

| Pharmacy | Telephone | Address |
|---|---|---|
| | | |

**Diagnoses**
- M62.81 - Muscle weakness (generalized)
- R41.82 - Altered mental status, unspecified
- G35. - Multiple sclerosis
- L89.324 - Pressure ulcer of left buttock, stage 4
- Z43.3 - Encounter for attention to colostomy
- Z43.5 - Encounter for attention to cystostomy
- J96.90 - Respiratory failure, unspecified, unspe
- G40.801 - Other epilepsy, not intractable, with s
- A41.9 - Sepsis, unspecified organism
- I63.9 - Cerebral infarction, unspecified

**Insurance Plans**
- Medicare A No Pay
- UHC MA Contract
- Mcare Advg Co-ins A
- Mcare Advg Co-ins B
- Pvt Coins MCA

**Other Information:**
- Ins Name: UHC
- Address: PO BOX 31362
- Phone #: 1-877-842-3210
- Policy #: ▓▓5553

| Discharge Date | Discharge To | Released To |
|---|---|---|
| | | |

Final Diagnosis

| Funeral Home | Telephone |
|---|---|
| | |

Mortician Receipt

Print Date: 5/23/2018    recadmit5-35923.rpt

Relator-UHD 1161