# Exhibit 12



## UnitedHealthcare Nursing Home Plan Active Members List

**Facility:** TRADITIONS HEALTH & REHAB CENTER (106 records)

| First Name | Last Name | Health Plan ID | Birthdate | Member Age | Health Plan Effective Date | NP Name |
|---|---|---|---|---|---|---|
| K | D███ | 2731 | 1941 | 77 | 05/01/2017 | Valencia Hawthorne |
| M | D███ | 0142 | 1920 | 98 | 06/01/2008 | Bob Killough |
| E | D███ | 9774 | 1929 | 88 | 08/01/2013 | Bob Killough |
| B | D███ | 5114 | 1948 | 69 | 10/01/2014 | Bob Killough |
| W | E███ | 1160 | 1935 | 83 | 10/01/2016 | Valencia Hawthorne |
| A | E███ | 5987 | 1936 | 81 | 04/01/2018 | Bob Killough |
| L | F███ | 7211 | 1943 | 75 | 03/01/2010 | Valencia Hawthorne |
| R | F███ | 5169 | 1942 | 76 | 11/01/2015 | Bob Killough |
| R | F███ | 5819 | 1945 | 73 | 12/01/2016 | Bob Killough |
| B | Fl███ | 9931 | 1942 | 75 | 03/01/2018 | Bob Killough |
| D | G███ | 9643 | 1948 | 69 | 02/01/2017 | Bob Killough |
| J | G███ | 5888 | 1931 | 87 | 06/01/2018 | Bob Killough |
| M | G███ | 5404 | 1936 | 81 | 09/01/2015 | Valencia Hawthorne |
| E | G███ | 8940 | 1932 | 86 | 11/01/2013 | Bob Killough |
| E | G███ | 9825 | 1940 | 77 | 11/01/2011 | Bob Killough |
| M | G███ | 2615 | 1952 | 65 | 03/01/2017 | Bob Killough |
| P | G███ | 9654 | 1948 | 69 | 04/01/2018 | Valencia Hawthorne |
| C | G███ | 4816 | 1929 | 88 | 04/01/2009 | Bob Killough |
| G | G███ | 5768 | 1947 | 71 | 04/01/2015 | Bob Killough |
| C | G███ | 7530 | 1939 | 79 | 06/01/2017 | Bob Killough |
| H | H███ | 3828 | 1924 | 94 | 05/01/2012 | Bob Killough |
| E | H███ | 3908 | 1941 | 77 | 07/01/2016 | Valencia Hawthorne |
| L | H███ | 7842 | 1944 | 73 | 12/01/2011 | Valencia Hawthorne |
| H | H███ | 9382 | 1946 | 71 | 08/01/2009 | Valencia Hawthorne |
| M | H███ | 3814 | 1931 | 86 | 02/01/2012 | Bob Killough |
| S | H███ | 1121 | 1952 | 65 | 03/01/2017 | Bob Killough |
| J | Ja███ | 8098 | 1947 | 71 | 09/01/2015 | Bob Killough |
| Li███ | Ja███ | 0467 | 1954 | 63 | 03/01/2015 | Valencia Hawthorne |



## UnitedHealthcare Nursing Home Plan Active Members List

**Facility:** TRADITIONS HEALTH & REHAB CENTER (106 records)

| First Name | Last Name | Health Plan ID | Birthdate | Member Age | Health Plan Effective Date | NP Name |
|---|---|---|---|---|---|---|
| F | Je | 4724 | 1927 | 90 | 11/01/2017 | Bob Killough |
| L | Jo | 0235 | 1927 | 90 | 01/01/2013 | Bob Killough |
| C | Jo | 3900 | 1926 | 91 | 08/01/2013 | Bob Killough |
| A | Jo | 1838 | 1939 | 78 | 06/01/2018 | Valencia Hawthorne |
| M | K | 2571 | 1943 | 74 | 10/01/2015 | Valencia Hawthorne |
| C | Le | 0864 | 1957 | 60 | 01/01/2016 | Bob Killough |
| F | Lu | 3437 | 1935 | 83 | 08/01/2016 | Bob Killough |
| B | M | 1939 | 1939 | 78 | 04/01/2017 | Bob Killough |
| J | M | 1780 | 1941 | 77 | 08/01/2013 | Bob Killough |
| D | M | 2578 | 1929 | 89 | 04/01/2016 | Bob Killough |
| A | M | 4008 | 1917 | 100 | 04/01/2009 | Valencia Hawthorne |
| E | M | 0878 | 1946 | 71 | 06/01/2017 | Valencia Hawthorne |
| R | M | 9560 | 1942 | 76 | 09/01/2011 | Bob Killough |
| S | M | 4385 | 1935 | 83 | 03/01/2018 | Bob Killough |
| E | M | 1785 | 1929 | 89 | 04/01/2013 | Valencia Hawthorne |
| G | N | 1224 | 1925 | 93 | 04/01/2010 | Valencia Hawthorne |
| J | N | 3093 | 1946 | 72 | 07/01/2013 | Bob Killough |
| V | P | 3243 | 1927 | 90 | 05/01/2008 | Valencia Hawthorne |
| L | P | 3476 | 1919 | 99 | 06/01/2017 | Valencia Hawthorne |
| H | P | 7408 | 1946 | 72 | 08/01/2016 | Bob Killough |
| R | P | 3820 | 1930 | 88 | 10/01/2016 | Valencia Hawthorne |
| J | R | 3994 | 1962 | 56 | 05/01/2018 | Bob Killough |
| F | R | 7058 | 1951 | 67 | 06/01/2016 | Valencia Hawthorne |
| V | S | 5639 | 1941 | 77 | 02/01/2018 | Bob Killough |
| F | S | 6253 | 1930 | 87 | 03/01/2010 | Bob Killough |
| K | S | 7469 | 1934 | 83 | 05/01/2013 | Bob Killough |
| A | S | 6996 | 1944 | 73 | 01/01/2017 | Bob Killough |
| A | S | 4015 | 1936 | 81 | 05/01/2017 | Valencia Hawthorne |

# OPTUM Care — UnitedHealthcare Nursing Home Plan Active Members List

**Facility:** TRADITIONS HEALTH & REHAB CENTER (106 records)

| First Name | Last Name | Health Plan ID | Birthdate | Member Age | Health Plan Effective Date | NP Name |
|---|---|---|---|---|---|---|
| K | Sh | 7414 | | 1949 | 68 | 04/01/2018 | Bob Killough |
| J | Sh | 6808 | | 1938 | 80 | 04/01/2018 | Bob Killough |
| D | Sr | 6927 | | 1943 | 74 | 10/01/2015 | Bob Killough |
| J | St | 9642 | | 1944 | 73 | 07/01/2013 | Bob Killough |
| A | St | 4965 | | 1934 | 84 | 04/01/2015 | Bob Killough |
| B | Ta | 5206 | | 1939 | 79 | 04/01/2017 | Valencia Hawthorne |
| A | Th | 2035 | | 1937 | 80 | 03/01/2018 | Valencia Hawthorne |
| M | Th | 3713 | | 1924 | 94 | 05/01/2016 | Bob Killough |
| L | Th | 4305 | | 1928 | 89 | 09/01/2017 | Bob Killough |
| N | To | 8400 | | 1941 | 76 | 04/01/2014 | Valencia Hawthorne |
| L | Tr | 4478 | | 1946 | 71 | 04/01/2017 | Bob Killough |
| W | W | 8598 | | 1941 | 77 | 04/01/2018 | Bob Killough |
| E | W | 9727 | | 1950 | 68 | 04/01/2018 | Bob Killough |
| M | W | 5932 | | 1948 | 70 | 10/01/2015 | Bob Killough |
| D | W | 9307 | | 1929 | 89 | 01/01/2017 | Bob Killough |
| L | W | 1950 | | 1920 | 97 | 07/01/2013 | Valencia Hawthorne |
| B | W | 4183 | | 1940 | 78 | 11/01/2017 | Bob Killough |
| L | W | 9731 | | 1952 | 66 | 10/01/2015 | Valencia Hawthorne |
| W | W | 2522 | | 1925 | 93 | 10/01/2014 | Bob Killough |
| S | W | 3458 | | 1966 | 52 | 05/01/2018 | Bob Killough |
| P | W | 6768 | | 1960 | 58 | 06/01/2018 | Bob Killough |
| S | W | 5986 | | 1924 | 94 | 11/01/2015 | Valencia Hawthorne |

**Grand Totals (106 records)**

Relator-UHD 1172

Generated: 6/11/2018 11:04 AM

Page 4